UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20628-CIV-MORENO

KENTRELL J. MILLER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION DISMISSING THE MOTION TO VACATE SENTENCE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Prisoner's Motion to Vacate his Sentence as an Armed Career Criminal Under 28 U.S.C. § 2255, filed on **February 19, 2016**. The Magistrate Judge filed a Report and Recommendation **(D.E. 25)** on **June 20, 2018**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion to Vacate Sentence Under 28 U.S.C. § 2255 is DENIED. The objections filed by the Movant recognize that Eleventh Circuit law binds this Court. Therefore, the Court is bound to follow *United States v. Seabrooks*, 839 F.3d 1326 (11th Cir. 2016), *United*

States v. Fritts*, 841 F.3d 937 (11th Cir. 2016), *United States v. Hill*, 799 F.3d 1318 (11th Cir. 2015), and *Turner v. Warden Coleman FCI*, 709 F.3d 1328 (11th Cir. 2013). It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 6ᵗʰ of July 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Kentrell J. Miller
79179-004
Florence High-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 7000
Florence, CO 81226